AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA (Northern Division)

JIMMY CASSADY, as Administrator of the Estate
of ORBIE CASSADY, deceased, et al.

V.

PACTIV CORPORATION and LOUISIANA-
PACIFIC CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV679

TO: (Name and address of Defendant)

> Louisiana-Pacific Corporation
> c/o John Berghoff, Jr, Esq.
> Mayer, Brown, Rowe & Maw, LLP
> 71 South Wacker Drive
> Chicago, IL  60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> W. Eason Mitchell, Esq.
> The Colom Law Firm, LLC
> Post Office Box 866
> Columbus, MS  39703-0866

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                     8/4/06
CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA (Northern Division)__

JIMMY CASSADY, as Administrator of the Estate of ORBIE CASSADY, deceased, et al.

V.

PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV679

TO: (Name and address of Defendant)

PACTIV Corporation
c/o Bernard Taylor, Esq.
Alston & Bird
1201 W. Peachtree Street
Atlanta, GA 30309

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell, Esq.
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                             8/4/06
_____                    _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK