# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 15, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Cassady et al v. Pactiv Corp., et al
Civil Action No. 2:06-cv-00679-SRW

The above-styled case has been  reassigned to  Judge Myron H. Thompson.

Please note that the case number is now 2:06-cv-00679-(MHT).   This new case number should be
used on all future correspondence and pleadings in this action.